No. 6,612.—STATE EX REL. GILMAN BULLARD, RELATOR, v. DISTRICT COURT ET AL., RESPONDENTS.

Decided February 25, 1930.

PER CURIAM.—It appearing that relator has served his memorandum of costs herein (see *State ex rel. Bullard* v. *District Court,* 86 Mont. 358, 284 Pac. 125) and that he is entitled to judgment accordingly, it is now ordered that judgment be, and the same is hereby, entered in favor of relator and against the district court of the Fourteenth Judicial District of the State of Montana, in and for the county of Wheatland, for the sum of $10, and it is adjudged that the same is a proper charge against the county of Wheatland.

*Mr. C. A. Spaulding,* for Relator.